PAULINE BELL *v.* ALAN W. BELL

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*F. Mac Buckley,* for the appellee (plaintiff).

*R. Graeme Smith,* for the appellant (defendant).

Argued November 5—decided November 13, 1968

P. J. INZERO PLUMBING AND HEATING, INC. *v.*
McKOSKEY ENTERPRISES, INC.

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Sid M. Miller,* in support of the petition.

*Dennis N. Garvey,* in opposition.

Submitted October 22—decided November 13, 1968